UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RICHARD IDEN,

                               Plaintiff

   v.

DIRECTOR OF NURSING, et al.,

                           Defendants

Case No.  3:24-cv-00381-ART-CSD

**ORDER**

On August 26, 2024, pro se plaintiff Richard Iden, an inmate in the custody of the Nevada Department of Corrections, submitted a complaint under 42 U.S.C. § 1983.  (ECF No. 1-1).  Plaintiff has neither paid the full $405 filing fee for this matter nor filed an application to proceed *in forma pauperis*. (*See* ECF No. 1).

I.     **DISCUSSION**

The United States District Court for the District of Nevada must collect filing fees from parties initiating civil actions. 28 U.S.C. § 1914(a). As of December 1, 2023, the fee for filing a civil-rights action is $405, which includes the $350 filing fee and the $55 administrative fee. *See* 28 U.S.C. § 1914(b). "Any person who is unable to prepay the fees in a civil case may apply to the court for leave to proceed *in forma pauperis*." Nev. Loc. R. Prac. LSR 1-1. For an inmate to apply for *in forma pauperis* status, the inmate must submit **all three** of the following documents to the Court: (1) a completed **Application to Proceed *in Forma Pauperis* for Inmate**, which is pages 1–3 of the Court's approved form, that is properly signed by the inmate twice on page 3; (2) a completed **Financial Certificate**, which is page 4 of the Court's approved form, that is properly signed by both the inmate and a prison or jail official; and (3) a copy of the **inmate's prison or jail trust fund account statement for the previous six-month period**. *See* 28 U.S.C. § 1915(a)(1)–(2); Nev. Loc. R. Prac. LSR 1-2. *In forma pauperis* status does not relieve an inmate of his or her obligation to pay the filing fee, it just means that the inmate can pay the fee in installments. *See* 28 U.S.C. § 1915(b).

1

## II.     CONCLUSION

2        It is therefore ordered that Plaintiff has **until October 28, 2024**, to either pay the

3    full $405 filing fee or file a fully complete application to proceed *in forma pauperis* with all

4    three required documents: (1) a completed application with the inmate's two signatures

5    on page 3, (2) a completed financial certificate that is signed both by the inmate and the

6    prison or jail official, and (3) a copy of the inmate's trust fund account statement for the

7    previous six-month period.

8        Plaintiff is cautioned that this action will be subject to dismissal without prejudice if

9    Plaintiff fails to timely comply with this order. A dismissal without prejudice allows Plaintiff

10   to refile the case with the Court, under a new case number, when Plaintiff can file a

11   complete application to proceed *in forma pauperis* or pay the required filing fee.

12       The Clerk of the Court is directed to send Plaintiff the approved form application to

13   proceed *in forma pauperis* for an inmate and instructions for the same and retain the

14   complaint (ECF No. 1-1) but not file it at this time.

15

16       DATED: August 28, 2024.

17

18                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25

26

27

28

- 2 -